Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

|  |  |
|---|---|
| Donshawn B. Sibley | Case No. 2:21-cv-001 |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* |  |
| -v- |  |
| Mitchell County Camp Institution Warden William Terry Deputy Warden Johnny W. Duckworth "See Attachment" |  |
| *Defendant(s)* |  |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* |  |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

-V-

Defendant(s)

• Kim Hatcher
• Lt. Juda Pollock
• OFc. Bruce Muzzy
• OFc. Antorica Butler
• OFc. Joseph Cooper
• OFc. Palmer (First Name Unknown)
• Southern Correctional Medicine (Nurse) Kim McCloud

Attachment For Defendants


Sign: Donshawn B. Sibley

Signature: Donshawn B. Sibley

Date: 12-26-20

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                              Donshawn B. Sibley

All other names by which
you have been known:

ID Number                         1276467

Current Institution               Mitchell County Camp Institution

Address                           4838 Hwy 37 East

Camilla                    Ga        31730
_City_                            _State_          _Zip Code_

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
Name                              Mitchell County Camp Institution

Job or Title *(if known)*         Facility

Shield Number                     D433

Employer

Address                           4838 Hwy 37 East

Camilla                    Ga        31730
_City_                            _State_          _Zip Code_

☑ Individual capacity    ☑ Official capacity

Defendant No. 2
Name                              William Terry

Job or Title *(if known)*         Warden

Shield Number

Employer                          Mitchell County Camp Institution

Address                           4838 Hwy 37 East

Camilla                    Ga        31730
_City_                            _State_          _Zip Code_

☑ Individual capacity    ☑ Official capacity

The Parties to This Complaint

B.

Defendant No. 5

Juda Pollock

Lieutenant

Mitchell County Camp Institution

4838 Hwy 37 East

Camilla Ga 31730

☑ Individual Capacity  ☑ Offical capacity


Defendant No. 6

Antorica Butler

Correctional Ofc.

Mitchell County Camp Institution

4838 Hwy 37 East

Camilla Ga 31730

☑ Individual capacity  ☑ Offical Capacity


Defendant No 7.

Bruce muzzy

Correctional Ofc.

mitchell County Camp Institution

4838 Hwy 37 East

Camilla Ga 31730

☑ Individual capacity  ☑ Offical Capacity

Sign: Donshawn B. Sibley

Signature: D. B. S.

Date: 12-26-20

The Parties to This Complaint

(B)

Defendant No.8
Joseph Cooper
Correctional Ofc.
mitchell County Camp Institution
4838 Hxy 37 East
Camilla Ga 31730
☒ Individual Capacity   ☒ Official capacity

Defendant No.9
Palmer          (First Name Unknown)
Correctional Ofc.
mitchell County Camp Institution
4838 Hxy 37 East
Camilla Ga 31730
☒ Individual Capacity   ☒ Offical Capacity

Defendant No.10
Kim Mc Cloud
Nurse
Southern Correctional Medicine
4838 Hwy 37 East
Camilla Ga 31730
☒ Individual capacity   ☒ Offical Capacity

Sign: Donshawn B Sibley
Signature:
Date: 12-26-20

Defendant No. 3
    Name                      Johnny w. Duckworth
    Job or Title *(if known)*  Deputy Warden
    Shield Number
    Employer                Mitchell County Camp Institution
    Address                 4838 Hwy 37 East
                         Camilla        Ga      31730
                         *City*         *State*     *Zip Code*
                  [✓] Individual capacity   [✓] Official capacity

Defendant No. 4
    Name                      Kim Hatcher
    Job or Title *(if known)*  Counselor
    Shield Number
    Employer                Mitchell County Camp Institution
    Address                 4838 Hwy 37 East
                         Camilla        Ga      31730
                         *City*         *State*     *Zip Code*
                  [✓] Individual capacity   [✓] Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    [ ] Federal officials (a *Bivens* claim)

    [✓] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
1st Amendment; 8th Amendment; 14th Amendment PREA And Deliberate Indifference; Denial of Medical Treatment

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

II                    Basis for Jurisdiction

    (D)

① (Warden)  William Terry:

Deliberate Indifference; Tort; PREA Violation; Negligence; Retaliation; 1st, 8th and 14th Amendment Violations; Failed to protect me from harassment by OFC. B. Muzzy; Failed to protect me from retaliation for Filing grieveance by Deputy Warden Johnny Duckworth, Lt. J. Pollock, and OFc. J. Cooper; Failed to protect me from Sexual Misconduct by OFc. Palmer; Failed to follow SOP guidelines Concerning Food, Health, Safety and Disciplinary Report Appeals:

② (Deputy) Warden)  Johnny Duckworth:

Deliberate Indifference; Tort; Retaliation; Negligence; PREA Violation; 1st, 8th and 14th Amendment Violations; Failed to protect me from retaliation for Filing grieveance by Lt. J Pollock and OFc. J. Cooper; Failed to protect me from Sexual Misconduct by OFc. Palmer; Failed to follow SOP guide lines concerning Food, Health, Safety and Disciplinary Report:

③ (Counselor)  Kim Hatcher:

Deliberate Indifference; Tort; Negligence; Retaliation; 1st, 8th and 14th Amendment Violations; Failed to follow SOP guide lines Concerning Filing grievance's; Failed to follow SOP guide lines concerning Inmates quarterly review:

④ (Lt.)  J. Pollock:

Deliberate Indifference; Negligence; Retaliation; Tort; False Imprisonment Isolation; Failed to follow SOP guide lines concerning Disciplinary Report; 1st, 8th, and 14th Amendment Violations:

                                Sign: Donshawn B. Sibley

(Attachment)            Signature:

                              Date: 12-26-20

II                          Basis For Jurisdiction

(D)

⑤ (Correctional Ofc.)    B. Muzzy:

Deliberate Indifference; Tort; Harassment; Frivolous Retaliation; False Imprisonment Isolation; 1st, 8th and 14th Amendment Violations;

⑥ (Correctional Ofc.)    Palmer:

Deliberate Indifference; Tort; PREA Violation; Sexual Misconduct; 1st, 8th and 14th Amendment Violations;

⑦ (Correctional Ofc.)    J. Cooper

Deliberate Indifference; Tort; Retaliation; 1st, 8th and 14th Amendment Violations; False Imprisonment Isolation; Failed to Follow SOP Guide lines Concerning disciplinary report;

⑧ (Correctional Ofc.)    A. Butler:

Deliberate Indifference; Tort; Negligence; Fail to Follow SOP Guide lines Concerning Food, Health and Safety; 1st, 8th And 14th Amendment Violations;

⑨ Southern Correctional Medicine (Nurse Kim McCloud)

Refused Medical Attention;                    Sign: Donshawn B. Sibley

Negligence; 1st, 8th, 14th Amendment Violations;   Signature ____

Deliberate Indifference; Abuse of Process   Date: 12-16-20

(Attachment)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

"Attachment"

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☑   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other *(explain)*  _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.      If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.      If the events giving rise to your claim arose in an institution, describe where and when they arose.

Mitchell County Camp Institution 4838 Hwy 37 East Camilla GA 31730. General Population And Isolation/Segergation; September 2019 til October 2020 multiple months due to Lack of Assistance, Negligence and retaliation from Officers and Administration.

IV                    Statement of Claim

(B)

① On or around 2-1-20 Ofc. B. Muzzy wrote a false DR against me which I was found not guilty but place me in ISO (False Imprisonment Isolation) Prior to this incident Ofc B. Muzzy has written multiple DR's against me all of which I was founded not guilty. Inmate Joseph Mingle #1000749517 wrote a sworn statement saying Ofc. B. Muzzy wrote Five other Inmates DR's and stated They got caught in the Cossfire, he really wanted Sibley but he had to write the whole group up just to get Sibley, he then stated Ofc. B. Muzzy held a meeting Explaining to them how to beat the DR. I told the Warden William Terry of Ofc. B. Muzzy harassing and Frivolous retaliation Warden William Terry stated "No one is harassing you, you might be the problem". Around 8-8-20 Ofc. B. Muzzy wrote yet another False DR toward me I was founded not guilty but place me in ISO (False Imprisonmen Isolation) I inform Deputy Warden Johnny Duckworth of my claim concerning Ofc. B. Muzzy harassment and Frivolous retaliation I showed him Inmate Mingle sworn statement and I also had my mother Robin Sibley call the Facility to address the allegation. Once the allegation got address the very next day my Transfer to the Transitional Center was denied After pending 93 days.

② At Mitchell CCI the Facility do not use or have a dish washer that Produce Water and dertergent Solution at a certain hot temperature to disinfect Food tray's. Kitchen Staff Ofc. A. Butler do not wear any type of hair net when she is cooking or serving meals. On October 6, 2020 I inform Ofc. A. Butler She and her Inmate workers need to put a hair net on while they are cooking and serving meals and if not I will be writting a grievance on her and the Facility For poor conditions and unsafe enviroment, She gave me the middle Finger and stated "write that up".

Sign: Donshawn B. Sibley   Signature: [signature]   Date: 12-26-20

IV                        Statement of Claim

③ At Mitchell CCI the Facility do not have a sprinkler system in the ceilings
or walls in Dorm #1, Dorm #2, Isolation, Staff Breakroom and visition room. I
inform William Terry of the matter he stated "The building was build in 1953
what you expect?" My life is in extreme danger by this Facility not having
A sprinkler System for my safty in case of a fire and this is cruel and
unusual punishment.

④ At Mitchell CCI myself plus (90) Inmates were being house in Dorm #1, Dorm #2,
And Dorm #3 with (Master Pad Lock) use to lock and unlock cell Doors with
A (Master Lock) key to open them. From January 2020 the door has yet to get
fix with no officer on post up and til currently. In case of a fire or riot—
Put my life in extreme danger and due to the negligences, Cruel & unusual
Punishment and Door conditions of the Facility I fear for my life, safety,
And well being.

⑤ On 9/16/20, 10/15/20, 10/26/20, 10/27/20 and 12/22/20 At Mitchell CCI during a random
strip Search between 1:00 pm – 5:00 pm myself and other Inmates are
being strip search in the Facility Hallway with a Female (officer Palmer)
in the security booth watching us.

Sign: Donshawn Sibley
Signature: Donshawn Sibley
Date: 12/26/20

IV                    Statement of Claim

(D)

⑥   On 9-13-19 I had my quarterly review concerning my Case Plan and etc. With the counselor Kim Hatcher. Since that date I haven't had any other reviews, meeting or Private conversation concerning my Case Plan, Parole or any issue's dealing with my release. Ms Hatcher has Failed to follow any SOP guide lines concerning Counselor and Inmate quarterly review, Not just with me but with the entire Inmate body. Around July 2020 I had multiple grievance's I wanted to Filed dealing with the negligence, Poor condition and many more claims concerning Mitchell CCI and the Administration. She refused and stated "She will not File any of (my) grievances and if she hear anything else about Filing a grievance of any sort she will make it her business I get denied transfer to the Transitional Center." Around August 2020 my mother Robin Sibley call and tried to speak with Ms. Hatcher concerning my harassment Allegation toward Ofc. B. Muzzy and to check on the status of my pending Transfer to the Transitional Center She inform my mother She denied my Transfer And my mother Ask her why, What is the reason? Ms. Hatcher ignored her question and hung the phone up in my mother Face. Administration place me in isolation due to retaliation for ~~Filing~~ grivance myself And Inmate Michael Siemer inform ms. Hatcher we need Access to the Law Libaray she told us that Inmates in isolation And Segergation are not allowed Access to the Law Libaray.

⑦   On 10-6-20 I told Ofc. J. Coop that this Facility is lacking a sprinkle System And the kitchen do not have any type of Dishwasher to disinfect food Tray's. Then inform him that this is Cruel and Unusual Punishment And it violates All type of constitutional right, State and Federal Law and the rate this Facility is Operating you might need to look for Another job cause I'm Filing a grievance. 10-8-20 Ofc. J. Cooper wrote a False DR And Place me in isolation and stated "I Bet I won't hear anything else About a Sprinkler System will I?"

Sign: Donshawn B. Sibley  Signature: D.L.B.Sibley  Date: 12-6-20

IV        Statement of Claim

Ⓓ

(8) On or Around 10-9-20 in mitchell ccI isolation I ask Lt J. Pollock For my required (1) one hour recreation Lt. J. Pollock Stated "inmates in the Front isolation/segergation do not and will not get recreation" I then inform him that I Am confined to this cell 24 hours a day 7 days a week Unless I am taking a shower (what's the different from the back isolation/segergation) I need some sun, he stated "Bond Out" and slam my Flap close.

(9) At mitchell ccI during the covid-19 Pandemic crisis their were (3) three confirm cases with-in the inmate body And (1) one confirm case with-in the staff. Warden William Terry, Deputy Warden Johnny W. Duckworth And Nurse Kim McCloud Failed and neglected to test myself and every inmate For possible virus, with disregard for our safety and health as well as the commwity safety and health we are still required to go outside on detail and work.

Sign: Denshawn B. Sibley
Signature: [signature]
Date: 12-16-20

# Statement of Claim

Witnesses / and people who saw the harassment, and retaliation. Individual who tested positive for Covid-19

| | | |
|---|---|---|
| Michael Butler | Inmate | (witness) |
| Terrence Warner | Inmate | (witness) |
| Andrew Anderson | Inmate | (witness) |
| Kerry Millegde | Inmate | (witness) |
| Nichoals Johnson | Inmate | (witness) |
| Michael Thomas | Inmate | (witness) |
| Michael Siemer | Inmate | (witness) |
| OFc. Pointer | Staff Officer | (witness) |
| Joseph Mingle | Inmate | (witness) |

Individuals who tested Positive for Covid-19:

Danny (Last Name Unknown)   "Fire Fighter Detail"

Matt (Last Name Unknown)   "Fire Fighter Detail"

(First Name Unknown) Saxton   "Outside Detail"

OFc. Kenneth Daliy "Detail Officer"

Sign: Donshawn B Sibley

Signature: [signature]

Date: 12-26-20

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.      What date and approximate time did the events giving rise to your claim(s) occur?

Starting on September 13, 2019 Thur October 2020 The Time vary

D.      What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

"Attachment"

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I am suffering throught: Mental Anguish; Emotional Distress; Lach of Sleep; Depression; Paranoia; Anxiety; hardship; Pain and Suffering.

(I Did not receive any medical treatment because I am afraid and I fear for my health and safety to get any type of medical attention Because of retaliation from Filing grievance's)

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims. $1.5 Million dollars For Actual injuries And False Imprisonment Compensatory damages; $1 million dollars Punitive damages For multiple months of retaliation; harassment; and Deliberate Indifference. Full investigation with the Appropriate Agncies ~~D.S~~ concerning Food, Health, and safety.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Mitchell County Camp Institution
4838 Hwy 37 East
Camilla Gia 31730

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Poor Conditions, False Imprisonment, Harassment, PREA

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

Mitchell County Camp Institution
4838 Hwy 37 East
Camilla Gia 31730
( Grievance# 315440 )
( Grievance# 315438 )

2.  What did you claim in your grievance?

Constitutional rights violation
Poor Conditions

3.  What was the result, if any?

Grievance Denied

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Grievance Process Completed

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.      If you did not file a grievance:

1.      If there are any reasons why you did not file a grievance, state them here:

_____

2.      If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

G.      Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☑ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   _12-26-20_____

Signature of Plaintiff   _____

Printed Name of Plaintiff   _Donsharon B. Sibley_____

Prison Identification #   _1276467_____

Prison Address   _4838 Hwy 37 East_____

_Camilla_____     _Ga____     _31730____
      City          State       Zip Code

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Address   _____

_____     _____     _____
      City           State       Zip Code

Telephone Number   _____

E-mail Address   _____

PURPLE HEART

FOREVER / USA

Post Office Box 1636
Brunswick, Ga 31521

Donshawn B. Sibley #1276467
Mitchell Co. Camp
4838 Hwy 37 East

Mail 12/28/20

31521816636  BO:15

MAil OFF 12-28-20